RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 2/6/12
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) ) ) | CIVIL ACTION NO: 06-1363 |
| VERSUS | ) ) ) | JUDGE TRIMBLE |
| 21.46 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON PARISH, STATE OF LOUISIANA, AND LAKES OF GUM COVE LAND, L.L.C. | ) ) ) ) ) | MAGISTRATE JUDGE KAY |
| Defendants | ) ) | TRACT NOS: 104E-1, 104E-2, 104E-3 and 104E-4 |

**FINAL JUDGMENT BASED ON JOINT STIPULATION AND
ORDER FOR DISBURSEMENT OF REGISTRY FUNDS**

This case came for entry of final judgment based upon the Joint Stipulation as to Title and Just Compensation between Plaintiff, the United States of America, and Defendant, Lakes of Gum Cove Land, L.L.C., sole owner of interests in the subject property over which easements were taken as of August 10, 2006, the date of filing of the Declaration of Taking.

The Court after examining the record of all proceedings in this action, the Joint Stipulation as to Title and Just Compensation between the United States of America and Lakes of Gum Cove Land, L.L.C., and upon the representations of the parties, makes the following findings:

1. That this Court has jurisdiction over the parties and of the subject matter of this action.

2. That the use for which the subject property is taken and condemned is one authorized by law, and said property and the taking thereof are necessary and suited to said use.

3. That on the date of the filing of the Declaration of Taking, August 10, 2006, the United States deposited into the Registry of the Court for the benefit of the persons or entities entitled thereto as estimated just compensation the sum of **THREE THOUSAND TWO HUNDRED AND NO/100 ($3,200.00) DOLLARS**.

4. That all parties interested directly or indirectly in the property herein concerned have been served with process or have otherwise appeared in this action.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

A. That the Joint Stipulation as to Title and Just Compensation between the parties is hereby approved.

B. That title to the estates condemned in this proceeding vested in the United States of America upon the date of the filing of the Declaration of Taking and the depositing of the estimated just compensation as aforesaid; and that said estates condemned are taken for the public use of the United States of America as authorized by law, and title to said property, to the extent of the estates taken, is vested in the United States of America, free and discharged of all claims and liens of any kind whatsoever.

C. That full and just compensation for the taking by the United States of America of the easement estates as to the 100% interest owned by Lakes of Gum Cove Land, L.L.C. be and is hereby awarded the sum of **THREE THOUSAND TWO HUNDRED AND NO/100 ($3,200.00) DOLLARS**.

D. Said sum shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of the easements over said lands as to the interests of Lakes of Gum Cove Land, L.L.C. in the subject property.

E. The Clerk of this Court is directed to pay to Lakes of Gum Cove Land, L.L.C. the sum of **THREE THOUSAND TWO HUNDRED AND NO/100 ($3,200.00) DOLLARS**, together with accrued interest from the date of taking, less the assessment fee for administration of funds. Upon receipt of Lakes of Gum Cove Land, L.L.C.'s tax identification number, said Clerk's check shall be made payable and mailed to: Lakes of Gum Cove Land, L.L.C., c/o Joseph R. Palermo, Jr., 2701 Maplewood Drive, Sulphur, LA 70663, and if said funds or any portion thereof, shall remain deposited in the Registry of the Court unclaimed for five (5) years from the date of final judgment herein, the Clerk of Court is hereby authorized and directed, without further order of the Court, to draw a check therefor and deposit it in the Treasury of the United States to the credit of the United States in the manner provided in 28 U.S.C. § 2042.

F. That should it ever be determined that Lakes of Gum Cove Land, L.L.C. does not own the interests in the subject property as stated herein or is not entitled to receive said monies, or any part thereof, Lakes of Gum Cove Land, L.L.C. shall refund into the Registry of this Court said sum, or such part thereof as the Court may direct, with interest calculated in accordance with the provisions of 40 U.S.C. § 3116, from the date of receipt of the just compensation to the date of refund into the Registry of the Court.

G. That if any unrecorded liens or encumbrances or any unpaid taxes or assessments exist, they shall be paid by Lakes of Gum Cove Land, L.L.C.

**THUS DONE AND SIGNED** at _Alexandria_, Louisiana, on this _6th_ day of _February_, 2012.

_____
HONORABLE JAMES T. TRIMBLE, JR.
UNITED STATES SENIOR DISTRICT JUDGE